VON JENNY, Respondent, v. EIRADO, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Belmont J. R. Von Jenny against Aureliano Eirado, individually, etc. C. V. Anable, of New York City, for appellant. S. M. Hoye, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VULCAN DETINNING CO. v. ASSMANN et al. (2 cases). (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by the Vulcan Detinning Company against Franz A. Assmann and others. No opinion. Motions granted. Order filed. See, also, 149 N. Y. Supp. 1117.

VULCAN DETINNING CO., Respondent, v. ASSMANN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by the Vulcan Detinning Company against Franz A. Assmann and others. C. H. Ayres, of New York City, for appellants. E. S. Seidman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of costs. Order filed. See, also, 149 N. Y. Supp. 1117.

VULCAN DETINNING CO. v. ASSMANN et al. (No. 6282.) (Supreme Court, Appellate Division, First Department. November 13, 1914.) Appeal from Special Term, New York County. Action by the Vulcan Detinning Company against Franz A. Assmann and others. From an order overruling demurrers to the complaint, certain defendants appeal. Reversed as to the Tin Products Company, and its demurrer sustained, and affirmed as to another defendant. See, also, 149 N. Y. Supp. 1117. C. H. Ayres, of New York City, for appellants Assmann and others. Clifford Seasongood, of New York City, for appellants Seward and others. Henry Wollman, Edward S. Seidman, and Wm. H. Milholland, all of New York City, for respondent.

PER CURIAM. It will be sufficient for us to state the conclusions we have reached, without giving the processes leading to the result: (1) The denial of the motion heretofore made by certain of the defendants to separately . state and number several causes of action is not a bar to their present demurrer. (2) The complaint states but one cause of action. How extensive may be the relief appropriate to these allegations is not before us. (3) What may be termed the special damages arising from the acts of Kern, alone or with associates, in wasting plaintiff's money and compelling it to pay abnormal prices for scrap, are all tied to the alleged general scheme to develop a new process at plaintiff's expense and to exhaust plaintiff's resources as a competitor of the projected Republic Company. (4) No cause of action is alleged against the Tin Products Company. Its only part in the transactions was to sell to plaintiff an unexclusive license under letters patent owned by it, and later to sell the patents themselves to the Republic Company, retaining no beneficial interest therein. (5) The exact relation which Seward bore to the wrongs complained of is not clear, but in view of the general allegations affecting "the defendants" and the specific allegations that he was among the number to whom the new process was to be transferred, and who were parties in the formation of the Republic Company, we think the complaint sufficient as to him. The order appealed from is reversed, with $10 costs and disbursements as to the defendant the Tin Products Company, and the demurrer of the Tin Products Company to the complaint is sustained. On the appeal of the defendant Seward, the order is affirmed, without costs.

DOWLING, J., dissents from the reversal as to the Tin Products Company.

In re WAGENER. (Supreme Court, Appellate Division, First Department. October 23, 1914.) In the matter of August P. Wagener. No opinion. Application granted. Settle order on notice. See, also, 161 App. Div. 546, 146 N. Y. Supp. 589.

WALDEYER v. ARKENBURGH. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Frank J. Waldeyer against Oliver M. Arkenburgh. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

WALES v. WHEELER et al. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Jane W. Wales against Osmer Beach Wheeler and others. No opinion. Judgment unanimously affirmed, with costs.

WARNER, Appellant, v. MORGAN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by James H. Warner against Edwin D. Morgan and another. R. Krause, of New York City, for appellant. C. F. Brown, of New York City, for respondents. No opinion. Judgment (81 Misc. Rep. 685, 143 N. Y. Supp. 516) affirmed, with costs. Order filed. See, also, 148 N. Y. Supp. 1149.

In re WASHINGTON AVE. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) In the matter of opening and extending Washington Avenue, from the East River to Jackson Avenue, in the First Ward, Borough of Queens.

PER CURIAM. Motion to dismiss appeal, upon the ground that the appellant is not a person aggrieved, granted, without costs.

JENKS, P. J., takes no part.